UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRO-SYS CONSULTANTS, et al.<br><br>Petitioners. | Case No.  15-mc-80304-EDL<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE** |

This miscellaneous matter was opened on December 8, 2015 when Petitioners filed an ex parte application for leave to seek discovery for use in a foreign proceeding.  The Court granted the application on December 15, 2015.  No action has been taken by any party since that time.  The Clerk of Court is directed to close this case administratively for statistical purposes.  Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: May 16, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge